UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20483-CR-Martinez

UNITED STATES OF AMERICA

vs.

FRANCISCO PALACIOS,

      Defendant.
_____/

## STIPULATED FACTUAL BASIS
## IN SUPPORT OF GUILTY PLEA

FRANCISCO PALACIOS (hereinafter referred to as the "defendant" or "Palacios") hereby acknowledges that, had this case proceeded to trial, the United States would establish the following facts beyond a reasonable doubt:

From at least in or around October 8, 2012, and continuing through approximately April 17, 2015, in Miami-Date County, in the Southern District of Florida, and elsewhere, the defendant knowingly and willfully conspired with others to: (a) defraud the United States; and (b) solicit and receive illegal health care bribes and kickbacks, in violation of Title 18, United States Code, Section 371.

ALF #1 was a Florida corporation that did business in Miami-Date County, Florida, as an assisted living facility purporting to provide services to Medicare beneficiaries.

PA #1 was a resident of Miami-Dade County, and was a physician's assistant licensed in the State of Florida.

1

Court Exhibit #1

Doctor #1 was a resident of Miami-Date County, and was a physician licensed in the State of Florida who purportedly supervised PA #1.

Hospital #1 was a hospital doing business in Miami-Date County, purporting to provide services to Medicare beneficiaries.

Defendant controlled access to the patients living at ALF #1 to medical professionals at all times relevant to the Information, and agreed with PA #1 to refer patients from ALF #1 to PA #1, in exchange for kickback payments paid in cash as well as checks. Palacios understood that PA #1 would use access to these patients to submit claims to Medicare under his own provider number, as well as under the provider number of Doctor #1. Palacios further understood that PA #1 would refer these patients to Hospital #1, where PA #1 and Doctor #1 would be able to submit claims for additional services. Hospital #1 also submitted claims to Medicare for services purportedly provided to the ALF #1 patient population controlled by Palacios

In total, as a result of these kickback-tainted claims submitted by PA #1, Doctor #1 and Hospital #1, Medicare was billed more than $550,000 but less than $1,500,000, for the patients controlled by Palacios at ALF #1. In particular, the defendant agrees that the loss caused to the Medicare program was approximately $1,196,000.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for a guilty plea to the charges against me. It does not include all the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily because I am in fact guilty, as charged in the Information.

Date: 3/31/17

FRANCISCO PALACIOS
Defendant

Date: 3/31/17

BABAK FAROHIDEH, ESQ.
Attorney for the Defendant